1 CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
2 Sacramento, California 95814
Telephone: (916) 622-1703
3 Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net
4

5 Attorney for Defendant
PHI VAY BUI
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,        )  NO. CR-S-07-0122 EJG
12                               )
                    Plaintiff,   )  STIPULATION AND ORDER
13                               )
      v.                         )
14                               )
PHI VAY BUI,                     )  Hon. Dale A. Drozd
15                               )
                    Defendant.   )
16                               )
_____ )
17

18       Defendant, Phi Bui, through Christopher Haydn-Myer, Attorney At

19 Law, and the United States of America, through Assistant U.S. Attorney

20 Phillip A. Talbert, and the United States Pre-Trial Services Division,

21 through Rebecca Fidelman agree as follows:

22       It is agreed that Phi Buy's Special Conditions of Release

23 paragraph Number 4 be modified to the following: "Your travel is

24 restricted to both the Eastern District of California and the Northern

25 District of California without the prior consent of the pretrial

26 services officer".

27       The stipulation and proposed order are necessary because Phi Bui

28 will be living with his sister, Karen Bui, at 14 Quiet Path Court,

1  Pittsburg, CA 94565, and his sister's address is in the Northern

2  District of California.

3       Mrs. Rebecca Fidelman, counsel, and Mr. Talbert are respectfully

4  recommending that the Court modify the terms and conditions of the

5  current pre-trial release Order to include the above-stated language.

6

7

8  Dated: <u>April 12, 2007</u>

9                                          Respectfully submitted,

10                                         /s/ Christopher Haydn-Myer

11                                         _____
                                           CHRISTOPHER HAYDN-MYER
                                           Attorney for Defendant
12                                         Phi Bui

13
   DATED: <u>April 12, 2007</u>           <u>/S/ Christopher Haydn-Myer for</u>
14                                         Phillip A. Talbert
                                           Assistant U.S. Attorney
15
   DATED: <u>April 12, 2007</u>           <u>/S/ Christopher Haydn-Myer for</u>
16                                         Rebecca Fidelman
                                           Pre-Trial Services Agent
17

18                        _____**ORDER**

19       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Phi Buy's Special

20  Conditions of Release paragraph Number 4 be modified to the following:

21  "Your travel is restricted to both the Eastern District of California and

22  the Northern District of California without the prior consent of the

23  pretrial services officer".

24  DATED: April 16, 2007.

25

26                        _____
                          DALE A. DROZD
27                        UNITED STATES MAGISTRATE JUDGE

28   Ddad1/orders.criminal/bui0122.stipord

                                      2