```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
PHI VAY BUI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-122 EJG |
| Plaintiff, | STIPULATION; ORDER |
| v. | DATE: June 8, 2007 |
| PHI VAY BUI, DAVID NGUYEN, JASON WEATHERSBY, VYACHESLAV ROTAR, and, MAKSIM KARASENI | TIME: 10:00 a.m. COURT: Hon. Edward J. Garcia |
| Defendants. | |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, JASON WEATHERSBY, through his attorney of record, Dwight Samuel, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

1   It is hereby stipulated that the status conference currently set
2 for June 8, 2007, be vacated and a new status conference be scheduled
3 on July 13, 2007 at 10:00 a.m.
4   It is further stipulated and agreed between the parties that the
5 time under the Speedy Trial Act should be excluded from today's date to
6 July 13, 2007, under Local Code T4, Title 18, United States Code
7 section 3161(h)(8)(B)(iv), to give the defendants time to further
8 review the discovery and to adequately prepare.
9   The new date has been confirmed with federal court interpreter
10 Yolanda Riley-Portal, and an interpreter is available on July 13, 2007.
11
12 Dated: June 6, 2007
13                                             Respectfully submitted,
14                                             /s/ Christopher Haydn-Myer
15                                             _____
                                                CHRISTOPHER HAYDN-MYER
                                                Attorney for Defendant
16                                              PHI VAY BUI
17
   Dated: June 6, 2007                         /S/ Christopher Haydn-Myer for
18                                              HAYES GABLE
                                                Attorney for Defendant
19                                              DAVID NGUYEN
20 Dated: June 6, 2007                          /S/ Christopher Haydn-Myer for
                                                DWIGHT SAMUEL
21                                              Attorney for Defendant
                                                JASON WEATHERSBY
22
   Dated: June 6, 2007                         /S/ Christopher Haydn-Myer for
23                                              JOSEPH WELCH
                                                Attorney for Defendant
24                                              VYACHESLAV ROTAR
25 Dated: June 6, 2007                          /S/ Christopher Haydn-Myer for
                                                DINA SANTOS
26                                              Attorney for Defendant
                                                MAKSIM KARASENI
27
28                                      2

DATED: June 6, 2007                    McGREGOR W. SCOTT
                                       United States Attorney

                                       /S/ Christopher Haydn-Myer for
                                       PHILLIP A. TALBERT
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for June 8, 2007, be vacated and a new status conference be scheduled on July 13, 2007 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to July 13, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: June 6, 2007

                                       /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Court Judge

3