```
1  DINA L. SANTOS, Bar #204200
   428 J STREET
2  Sacramento, California 95814
   Telephone: (916) 447-0160
3  Fax: (916) 447-2988

4

5  Attorney for Defendant
   MAXSIM KARASENI
6

7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-07-122 EJG |
| Plaintiff, | ) AMENDED STIPULATION; ORDER |
| | ) TO CONTINUE STATUS AND EXCLUDE |
| v. | ) TIME |
| | ) |
| PHI VAY BUI, | ) DATE: June 8, 2007 |
| DAVID NGUYEN, | ) TIME: 10:00 a.m. |
| JASON WEATHERSBY, | ) COURT: Hon. Edward J. Garcia |
| VYACHESLAV ROTAR, | ) |
| and, | ) |
| MAKSIM KARASENI | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, JASON WEATHERSBY, through his attorney of record, Dwight Samuel, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

1     It is hereby stipulated that the status conference currently set
2 for July 13, 2007, be vacated and a new status conference be scheduled
3 on August 17, 2007 at 10:00 a.m.
4     It is further stipulated and agreed between the parties that the
5 time under the Speedy Trial Act should be excluded from today's date to
6 August 17, 2007, under Local Code T4, Title 18, United States Code
7 section 3161(h)(8)(B)(iv), to give the defendants time to further
8 review the discovery, conduct investigation, and continue in
9 negotiations with the prosecution.
10    All counsel have consulted and have agreed to the new dates and
11 have authorized Ms. Santos to sign on their behalf.  The staff
12 interpreter has been consulted and has informed counsel that
13 interpreter services are available for the new date.

                                        Respectfully submitted,

Dated: July 11, 2007            /S/ Dina L. Santos
                                Dina L. Santos
                                Attorney for Defendant
                                MAKSIM KARASENI

Dated: July 11, 2007            /S/ Hayes Gable
                                HAYES GABLE
                                Attorney for Defendant
                                DAVID NGUYEN

Dated: July 11, 2007            /S/ Dwight Samuel
                                Dwight Samuel
                                Attorney for Defendant
                                JASON WEATHERSBY

Dated: July 11, 2007            /S/ Joseph Welch
                                Joseph Welch
                                Attorney for Defendant
                                VYACHESLAV ROTAR

2

Dated: July 11, 2007

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
PHI VAY BUI


DATED: July 11, 2007                McGREGOR W. SCOTT
                                    United States Attorney

                                    /S/ Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for July 13, 2007, be vacated and a new status conference be scheduled on August 17, 2007 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to August 17, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED:   July 11, 2007

                                    /s/ Edward J. Garcia_____
                                    HON. EDWARD J. GARCIA
                                    United States District Court Judge

3