1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2789

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )
10                                )   Cr. S-07-0122-EJG
                     Plaintiff,   )
11                                )
          v.                      )   STIPULATION AND
12                                )    ORDER
   PHI VAY BUI,                   )
13 DAVID NGUYEN,                  )
   JASON WEATHERSBY,              )
14 VYACHESLAV ROTAR, and          )
   MAKSIM KARASENI,               )
15                                )
                     Defendants.  )
16 _____)

17      It is hereby stipulated between the following parties,

18 Plaintiff United States of America, by and through United States

19 Attorney McGregor W. Scott and Assistant United States Attorney

20 Phillip A. Talbert, Defendant Phi Vay Bui, through his attorney

21 Chris Haydn-Myer, Defendant David Nguyen, through his attorney Hayes

22 Gable, Defendant Jason Weathersby, through his attorney Dwight

23 Samuel, Defendant Vyacheslav Rotar, through his attorney Joseph

24 Welch, and Defendant Maksim Karaseni, through his attorney Dina

25 Santos, as follows:

26      A status conference was held in this case on the Court's

27 criminal calendar today, September 21, 2007.  At the status

28 conference, defense counsel and government counsel advised the Court

                              1

1  that the parties are in negotiations to resolve the case.

2  Defendants Bui and Nguyen requested a new status conference date of

3  November 2, 2007, the other defendants agreed, and the government

4  had no objection.  The parties are in active plea negotiations.

5  Defense counsel need additional time to discuss terms of possible

6  plea agreements with government counsel, to review with their

7  respective clients written plea agreements that will be drafted, and

8  to continue to review and discuss with their clients the

9  approximately 12 computer disks of recordings and approximately 89

10 pages of documents produced by the government in discovery.

11      Accordingly, the parties jointly request that the time period

12 from September 21, 2007, to and including November 2, 2007, be

13 excluded under the Speedy Trial Act pursuant to 18 U.S.C.

14 §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and

15 based on a finding by the Court that the ends of justice served by

16 granting a continuance outweigh the best interest of the public and

17 each of the defendants in a speedy trial.

18                              Respectfully submitted,

19 Dated: September 21, 2007     /s/Chris Haydn-Myer
                                CHRIS HAYDN-MYER
20                              Attorney for Defendant
                                PHI VAY BUI
21                              By PAT per email authorization

22 Dated: September 21, 2007     /s/Hayes Gable
                                HAYES GABLE
23                              Attorney for Defendant
                                DAVID NGUYEN
24                              By PAT per oral authorization to
                                  Chris Haydn-Myer, who gave
25                                email authorization to PAT

26 Dated: September 21, 2007     /s/Dwight Samuel
                                DWIGHT SAMUEL
27                              Attorney for Defendant
                                JASON WEATHERSBY
28                              By PAT per email authorization

                                  2

Dated: September 21, 2007            /s/Joseph Welch
                                    JOSEPH WELCH
                                    Attorney for Defendant
                                    VYACHESLAV ROTAR
                                    By PAT per email authorization

Dated: September 21, 2007            /s/Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant
                                    MAKSIM KARASENI
                                    By PAT per email authorization

Dated: September 21, 2007        McGREGOR W. SCOTT
                                 United States Attorney


                                     /s/Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


                                  **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the time under the
Speedy Trial Act should be excluded from September 21, 2007 to
November 2, 2007, under Local Code T4, Title 18, United States Code,
Section 3161(h)(8)(B)(iv), for defense preparation and based on a
finding by the Court that the ends of justice served by granting a
continuance outweigh the best interest of the public and each of the
defendants in a speedy trial.


Dated: September 27, 2007
                                     /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge

3