```
DINA L. SANTOS, Bar #204200
428 J STREET
Sacramento, California 95814
Telephone: (916) 447-0160
Fax: (916) 447-2988


Attorney for Defendant
MAXSIM KARASENI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-07-122 EJG |
| | ) |
| Plaintiff, | ) ORDER |
| | ) TO CONTINUE STATUS AND EXCLUDE |
| v. | ) TIME |
| | ) |
| PHI VAY BUI, | ) DATE: December 14, 2007 |
| DAVID NGUYEN, | ) TIME: 10:00 a.m. |
| JASON WEATHERSBY, | ) COURT: Hon. Edward J. Garcia |
| VYACHESLAV ROTAR, | ) |
| and, | ) |
| MAKSIM KARASENI | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, JASON WEATHERSBY, through his attorney of record, Dwight Samuel, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set

1  for November 2, 2007, be vacated and a new status conference be
2  scheduled on December 14, 2007 at 10:00 a.m.
3      It is further stipulated and agreed between the parties that the
4  time under the Speedy Trial Act should be excluded from today's date to
5  December 14, 2007, under Local Code T4, Title 18, United States Code
6  section 3161(h)(8)(B)(iv), to give the defendants time to further
7  review the discovery, conduct investigation, and continue in
8  negotiations with the prosecution to attempt to reach a plea agreement.
9      All counsel have consulted and have agreed to the new dates and
10 have authorized Ms. Santos to sign on their behalf.

                                    Respectfully submitted,


Dated: October 31, 2007             /S/ Dina L. Santos
                                    Dina L. Santos
                                    Attorney for Defendant
                                    MAKSIM KARASENI

Dated: October 31, 2007             /S/ Hayes Gable
                                    HAYES GABLE
                                    Attorney for Defendant
                                    DAVID NGUYEN

Dated: October 31, 2007             /S/ Dwight Samuel
                                    Dwight Samuel
                                    Attorney for Defendant
                                    JASON WEATHERSBY

Dated: October 31, 2007             /S/ Joseph Welch
                                    Joseph Welch
                                    Attorney for Defendant
                                    VYACHESLAV ROTAR


Dated: October 31, 2007

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    PHI VAY BUI

```
DATED: October 31, 2007            McGREGOR W. SCOTT
                                   United States Attorney

                                   /S/ Phillip A. Talbert
                                   PHILLIP A. TALBERT
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 2, 2007, be vacated and a new status conference be scheduled on December 14, 2007 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to December 14, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: November 1, 2007

```
                                   /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Court Judge
```

3