```
DINA L. SANTOS, Bar #204200
428 J STREET
Sacramento, California 95814
Telephone: (916) 447-0160
Fax: (916) 447-2988


Attorney for Defendant
MAXSIM KARASENI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-07-122 EJG |
|---|---|
| Plaintiff, | ) ORDER |
| | ) TO CONTINUE STATUS AND EXCLUDE |
| v. | ) TIME |
| | ) |
| PHI VAY BUI, | ) DATE: January 18, 2007 |
| DAVID NGUYEN, | ) TIME: 10:00 a.m. |
| VYACHESLAV ROTAR, | ) COURT: Hon. Edward J. Garcia |
| and, | ) |
| MAKSIM KARASENI | ) |
| Defendants. | ) |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for December 14, 2007, be vacated and a new status conference be

1 scheduled on January 18, 2008 at 10:00 a.m., to allow the defense to
2 continue in preparation of a defense, defense investigation and
3 negotiations with the prosecution in an attempts to reach a plea
4 agreement.
5     It is further stipulated and agreed between the parties that the
6 time under the Speedy Trial Act should be excluded from today's date to
7 December 14, 2007, under Local Code T4, Title 18, United States Code
8 section 3161(h)(8)(B)(iv), to give the defendants time to further
9 review the discovery, conduct investigation, and continue in
10 negotiations with the prosecution to attempt to reach a plea agreement.
11     All counsel have consulted and have agreed to the new dates and
12 have authorized Ms. Santos to sign on their behalf.

                                        Respectfully submitted,

Dated: December 11, 2007        /S/ Dina L. Santos
                                        Dina L. Santos
                                        Attorney for Defendant
                                        MAKSIM KARASENI

Dated: December 11, 2007        /S/ Hayes Gable
                                        HAYES GABLE
                                        Attorney for Defendant
                                        DAVID NGUYEN

Dated: December 11, 2007        /S/ Joseph Welch
                                        Joseph Welch
                                        Attorney for Defendant
                                        VYACHESLAV ROTAR

Dated: December 11, 2007        /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        PHI VAY BUI

DATED: December 11, 2007            McGREGOR W. SCOTT
                                    United States Attorney

                                    /S/ Phillip A. Talbert
                                    PHILLIP A. TALBERT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for December 14, 2007, be vacated and a new status conference be scheduled on January 18, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to December 14, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: December 12, 2007
                                    /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Court Judge

3