1 JOSEPH A. WELCH, Bar #119312
  HINTZ & WELCH
2 1006 4th Street, #220
  Sacramento, California 95814
3 Telephone: (916) 444-5203
  Fax: (916) 444-8702
4

5
  Attorney for Defendant
6 VYACHESLAV ROTAR

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,     ) CR. NO. S-07-122 EJG
13                               )
              Plaintiff,         ) ORDER
14                               ) TO CONTINUE STATUS CONFERENCE AND
      v.                         ) EXCLUDE TIME
15                               )
   PHI VAY BUI,                  ) DATE: February 29, 2008
16 DAVID NGUYEN,                 ) TIME: 10:00 a.m.
   VYACHESLAV ROTAR,             ) COURT: Hon. Edward J. Garcia
17 and,                          )
   MAKSIM KARASENI               )
18                               )
              Defendants.        )
19                               )
   _____ )
20                               )

21
      Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney
22
   At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable,
23
   VYACHESLAV ROTAR, through his attorney of record, Joseph Welch,
24
   MAKSIM KARASENI, through his attorney of record, Dina Santos, and
25
   the United States of America, through Assistant U.S. Attorney
26
   Phillip A. Talbert, agree as follows:
27

28

It is hereby stipulated that the status conference currently set for January 18, 2008, be vacated and a new status conference be scheduled on February 29, 2008 at 10:00 a.m., to allow the defense to continue in preparation of a defense, defense investigation and negotiations with the prosecution in an attempts to reach a plea agreement.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to February 29, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery, conduct investigation, and continue in negotiations with the prosecution to attempt to reach a plea agreement.

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf.  In addition, all parties have previously waived interpreters.

Respectfully submitted,

Dated: January 15, 2008        /S/ Dina L. Santos
                               Dina L. Santos
                               Attorney for Defendant
                               MAKSIM KARASENI

Dated: January 15, 2008        /S/ Hayes Gable
                               HAYES GABLE
                               Attorney for Defendant
                               DAVID NGUYEN

Dated: January 15, 2008        /S/ Joseph Welch
                               Joseph Welch
                               Attorney for Defendant

2

```
                                   VYACHESLAV ROTAR

Dated: January 15, 2008            /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER
                                   Attorney for Defendant
                                   PHI VAY BUI


DATED: January 15, 2008            McGREGOR W. SCOTT
                                   United States Attorney

                                   /S/ Phillip A. Talbert
                                   PHILLIP A. TALBERT
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for January 18, 2008, be vacated and a new status conference be scheduled on February 29, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to February 29, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

```
DATED: January 15, 2008            /s/ Edward J. Garcia

                                   EDWARD J. GARCIA
                                   United States District Court Judge
```