```
JOSEPH A. WELCH, Bar #119312
HINTZ & WELCH
1006 4th Street, #220
Sacramento, California 95814
Telephone: (916) 444-5203
Fax: (916) 444-8702


Attorney for Defendant
VYACHESLAV ROTAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-122 EJG |
| Plaintiff, | ORDER |
| v. | TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| PHI VAY BUI, | DATE: February 29, 2008 |
| DAVID NGUYEN, | TIME: 10:00 a.m. |
| VYACHESLAV ROTAR, | COURT: Hon. Edward J. Garcia |
| and, | |
| MAKSIM KARASENI | |
| Defendants. | |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for January 18, 2008, be vacated and a new status conference be scheduled on February 29, 2008 at 10:00 a.m., to allow the defense to continue in preparation of a defense, defense investigation and negotiations with the prosecution in an attempts to reach a plea agreement.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to February 29, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery, conduct investigation, and continue in negotiations with the prosecution to attempt to reach a plea agreement.

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf.  In addition, all parties have previously waived interpreters.

                                    Respectfully submitted,

Dated: January 15, 2008      /S/ Dina L. Santos
                                    Dina L. Santos
                                    Attorney for Defendant
                                    MAKSIM KARASENI

Dated: January 15, 2008      /S/ Hayes Gable
                                    HAYES GABLE
                                    Attorney for Defendant
                                    DAVID NGUYEN

Dated: January 15, 2008      /S/ Joseph Welch
                                    Joseph Welch
                                    Attorney for Defendant

```
                              VYACHESLAV ROTAR

Dated: January 15, 2008       /s/ Christopher Haydn-Myer
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Defendant
                              PHI VAY BUI


DATED: January 15, 2008       McGREGOR W. SCOTT
                              United States Attorney

                              /S/ Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for January 18, 2008, be vacated and a new status conference be scheduled on February 29, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to February 29, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

```
DATED: January 15, 2008       /s/ Edward J. Garcia

                              EDWARD J. GARCIA
                              United States District Court Judge
```