```
DINA L. SANTOS, Bar #204200
428 J STREET
Sacramento, California 95814
Telephone: (916) 447-0160
Fax: (916) 447-2988


Attorney for Defendant
MAXSIM KARASENI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-07-122 EJG |
|---|---|
| Plaintiff, | ) PROPOSED ORDER |
| | ) TO CONTINUE STATUS AND EXCLUDE |
| v. | ) TIME |
| PHI VAY BUI, | ) DATE: April 4, 2008 |
| DAVID NGUYEN, | ) TIME: 10:00 a.m. |
| VYACHESLAV ROTAR, | ) COURT: Hon. Edward J. Garcia |
| and, | ) |
| MAKSIM KARASENI | ) |
| Defendants. | ) |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for February 29, 2008, be vacated and a new status conference be

1  scheduled on April 4, 2008 at 10:00 a.m., to allow the defense to
2  continue in preparation of a defense, defense investigation and
3  negotiations with the prosecution in an attempts to reach a plea
4  agreement.
5      It is further stipulated and agreed between the parties that the
6  time under the Speedy Trial Act should be excluded from today's date to
7  April 4, 2008, under Local Code T4, Title 18, United States Code
8  section 3161(h)(8)(B)(iv), to give the defendants time to further
9  review the discovery, conduct investigation, and continue in
10 negotiations with the prosecution to attempt to reach a plea agreement.
11     All counsel have consulted and have agreed to the new dates and
12 have authorized Ms. Santos to sign on their behalf.

                                        Respectfully submitted,


Dated: February 27, 2008        /S/ Dina L. Santos
                                Dina L. Santos
                                Attorney for Defendant
                                MAKSIM KARASENI

Dated: February 27, 2008        /S/ Hayes Gable
                                HAYES GABLE
                                Attorney for Defendant
                                DAVID NGUYEN

Dated: February 27, 2008        /S/ Joseph Welch
                                Joseph Welch
                                Attorney for Defendant
                                VYACHESLAV ROTAR

Dated: February 27, 2008        /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant
                                PHI VAY BUI

                                      2

1 | DATED: February 27, 2008              McGREGOR W. SCOTT
                                          United States Attorney

                                          /S/ Phillip A. Talbert
                                          PHILLIP A. TALBERT
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for February 29, 2008, be vacated and a new status conference be scheduled on April 4, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to April 4, 2007, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: February 27, 2008

                                          /s/ Edward J. Garcia
                                          HON. EDWARD J. GARCIA
                                          United States District Court Judge

3