```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILLIP A. TALBERT
    Assistant U.S. Attorney
 3  Chief of Appeals
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2789
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES OF AMERICA,    )
10                               )   Cr. S-07-0122-EJG
                Plaintiff,       )
11                               )
            v.                   )   STIPULATION AND
12                               )        ORDER
    PHI VAY BUI,                 )
13  DAVID NGUYEN,                )
    VYACHESLAV ROTAR, and        )
14  MAKSIM KARASENI,             )
                                 )
15              Defendants.      )
    _____)
16
```

17    It is hereby stipulated between the following parties,
18 Plaintiff United States of America, by and through United States
19 Attorney McGregor W. Scott and Assistant United States Attorney
20 Phillip A. Talbert, Defendant Phi Vay Bui, through his attorney
21 Chris Haydn-Myer, Defendant David Nguyen, through his attorney Hayes
22 Gable, Defendant Vyacheslav Rotar, through his attorney Joseph
23 Welch, and Defendant Maksim Karaseni, through his attorney Dina
24 Santos, as follows:
25    It is agreed that the current Status Conference date of April
26 4, 2008, be vacated and a new Status Conference date of May 9, 2008
27 at 10:00 a.m. be set.
28 ///

1

1  The continuance of the status conference is necessary because
2 the defendants' attorneys need additional time to review the
3 discovery with their clients and conduct related defense
4 investigation and to discuss possible resolution of the case with
5 government counsel.

6  Accordingly, the parties jointly request a new status
7 conference date of May 9, 2008, and that the time period from April
8 4, 2008, to and including May 9, 2008 be excluded under the Speedy
9 Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
10 for defense preparation and based on a finding by the Court that the
11 ends of justice served by granting a continuance outweigh the best
12 interest of the public and defendant in a speedy trial.

13
14                                         Respectfully submitted,
15 Dated: April 2, 2008                     /s/Chris Haydn-Myer
                                            CHRIS HAYDN-MYER
16                                          Attorney for Defendant
                                            PHI VAY BUI
17                                          By PAT per phone authorization

18 Dated: April 2, 2008                     /s/Hayes Gable
                                            HAYES GABLE
19                                          Attorney for Defendant
                                            DAVID NGUYEN
20                                          By PAT per phone authorization

21 Dated: April 2, 2008                     /s/Joseph Welch
                                            JOSEPH WELCH
22                                          Attorney for Defendant
                                            VYACHESLAV ROTAR
23                                          By PAT per phone authorization

24 Dated: April 2, 2008                     /s/Dina Santos
                                            DINA SANTOS
25                                          Attorney for Defendant
                                            MAKSIM KARASENI
26                                          By PAT per phone authorization

27 ///
28 ///

Dated: April 2, 2008                    McGREGOR W. SCOTT
                                        United States Attorney

                                         /s/Phillip A. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
                                        Chief of Appeals
                                        Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently scheduled for April 4, 2008 is continued to May 9, 2008, and the time under the Speedy Trial Act should be excluded from April 4, 2008 to May 9, 2008, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and each of the defendants in a speedy trial.

Dated: April 3, 2008
                                        /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge