```
McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2789
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHI VAY BUI, ) <br> DAVID NGUYEN, ) <br> VYACHESLAV ROTAR, and ) <br> MAKSIM KARASENI, ) <br> ) <br> Defendants. ) <br> _____) | Cr. S-07-0122-EJG <br><br> STIPULATION AND <br> ORDER |

It is hereby stipulated between the following parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant Phi Vay Bui, through his attorney Chris Haydn-Myer, Defendant David Nguyen, through his attorney Hayes Gable, Defendant Vyacheslav Rotar, through his attorney Joseph Welch, and Defendant Maksim Karaseni, through his attorney Dina Santos, as follows:

It is agreed that the current Status Conference date of April 4, 2008, be vacated and a new Status Conference date of May 9, 2008 at 10:00 a.m. be set.

///

1

1  The continuance of the status conference is necessary because
2 the defendants' attorneys need additional time to review the
3 discovery with their clients and conduct related defense
4 investigation and to discuss possible resolution of the case with
5 government counsel.

6  Accordingly, the parties jointly request a new status
7 conference date of May 9, 2008, and that the time period from April
8 4, 2008, to and including May 9, 2008 be excluded under the Speedy
9 Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4
10 for defense preparation and based on a finding by the Court that the
11 ends of justice served by granting a continuance outweigh the best
12 interest of the public and defendant in a speedy trial.

13
14                                        Respectfully submitted,
15 Dated: April 2, 2008              /s/Chris Haydn-Myer
                                     CHRIS HAYDN-MYER
16                                   Attorney for Defendant
                                     PHI VAY BUI
17                                   By PAT per phone authorization

18 Dated: April 2, 2008              /s/Hayes Gable
                                     HAYES GABLE
19                                   Attorney for Defendant
                                     DAVID NGUYEN
20                                   By PAT per phone authorization

21 Dated: April 2, 2008              /s/Joseph Welch
                                     JOSEPH WELCH
22                                   Attorney for Defendant
                                     VYACHESLAV ROTAR
23                                   By PAT per phone authorization

24 Dated: April 2, 2008              /s/Dina Santos
                                     DINA SANTOS
25                                   Attorney for Defendant
                                     MAKSIM KARASENI
26                                   By PAT per phone authorization

27 ///
28 ///

1  Dated: April 2, 2008                McGREGOR W. SCOTT
                                       United States Attorney
2
                                        /s/Phillip A. Talbert
3                                      PHILLIP A. TALBERT
                                       Assistant U.S. Attorney
4                                      Chief of Appeals
                                       Attorney for Plaintiff
5

6                                  **ORDER**

7  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference

8  currently scheduled for April 4, 2008 is continued to May 9, 2008,

9  and the time under the Speedy Trial Act should be excluded from

10 April 4, 2008 to May 9, 2008, under Local Code T4, Title 18, United

11 States Code, Section 3161(h)(8)(B)(iv), for defense preparation and

12 based on a finding by the Court that the ends of justice served by

13 granting a continuance outweigh the best interest of the public and

14 each of the defendants in a speedy trial.

15
   Dated: April 3, 2008
16                                     /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
17                                     United States District Judge