```
 1  DINA L. SANTOS, Bar #204200
    428 J STREET
 2  Sacramento, California 95814
    Telephone: (916) 447-0160
 3  Fax: (916) 447-2988
 4
 5  Attorney for Defendant
    MAXSIM KARASENI
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,      )  CR. NO. S-07-122 EJG
                                   )
13              Plaintiff,         )  ORDER
                                   )  TO CONTINUE STATUS AND EXCLUDE
14      v.                         )  TIME
                                   )
15  PHI VAY BUI,                   )  DATE: July 11, 2007
    DAVID NGUYEN,                  )  TIME: 10:00 a.m.
16  VYACHESLAV ROTAR,              )  COURT: Hon. Edward J. Garcia
    and,                           )
17  MAKSIM KARASENI                )
                                   )
18              Defendants.        )
                                   )
19  _____ )
                                   )
20
         Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney
21
    At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable,
22
    VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, MAKSIM
23
    KARASENI, through his attorney of record, Dina Santos, and the United
24
    States of America, through Assistant U.S. Attorney Phillip A. Talbert,
25
    agree as follows:
26
         It is hereby stipulated that the status conference currently set
27
    for May 9, 2008, be vacated and a new status conference be scheduled on
28
```

1   July 11, 2008 at 10:00 a.m., to allow the defense to continue in
2   preparation of a defense, defense investigation and negotiations with
3   the prosecution in an attempts to reach a plea agreement.
4        It is further stipulated and agreed between the parties that the
5   time under the Speedy Trial Act should be excluded from today's date to
6   July 11, 2008, under Local Code T4, Title 18, United States Code
7   section 3161(h)(8)(B)(iv), to give the defendants time to further
8   review the discovery, conduct investigation, and continue in
9   negotiations with the prosecution to attempt to reach a plea agreement.
10       All counsel have consulted and have agreed to the new dates and
11  have authorized Ms. Santos to sign on their behalf.

                                        Respectfully submitted,


Dated: May 7, 2008                      /S/ Dina L. Santos
                                        Dina L. Santos
                                        Attorney for Defendant
                                        MAKSIM KARASENI

Dated: May 7, 2008                      /S/ Hayes Gable
                                        HAYES GABLE
                                        Attorney for Defendant
                                        DAVID NGUYEN

Dated: May 7, 2008                      /S/ Joseph Welch
                                        Joseph Welch
                                        Attorney for Defendant
                                        VYACHESLAV ROTAR

Dated: May 7, 2008                      /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        PHI VAY BUI

                                   2

| | | |
|---|---|---|
| DATED: May 7, 200 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | /S/ Phillip A. Talbert<br>PHILLIP A. TALBERT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for May 9, 2008, be vacated and a new status conference be scheduled on July 11, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to July 11, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: May 8, 2008                    /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Court Judge

3