```
1   DINA L. SANTOS, Bar #204200
    428 J STREET
2   Sacramento, California 95814
    Telephone: (916) 447-0160
3   Fax: (916) 447-2988

4

5   Attorney for Defendant
    MAXSIM KARASENI
6
```

FILED

AUG 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-07-122 EJG |
|---|---|
| Plaintiff, | ) ~~PROPOSED~~ ORDER |
| | ) TO CONTINUE STATUS AND EXCLUDE |
| v. | ) TIME |
| PHI VAY BUI, | ) DATE:  September 5, 2008 |
| DAVID NGUYEN, | ) TIME:  10:00 a.m. |
| MAKSIM KARASENI | ) COURT: Hon. Edward J. Garcia |
| Defendants. | ) |

Defendants, PHI VAY BUI, through Christopher Haydn-Myer, Attorney At Law, DAVID NGUYEN, through his attorney of record, Hayes Gable, MAKSIM KARASENI, through his attorney of record, Dina Santos, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the status conference currently set for August 15, 2008, be vacated and a new status conference be scheduled on September 5, 2008 at 10:00 a.m., to allow additional

defense preparation and to allow the defense to continue in negotiations with the prosecution for possible resolution.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to September 5, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery, conduct investigation, and continue in negotiations with the prosecution to attempt to reach a plea agreement.

All counsel have consulted and have agreed to the new dates and have authorized Ms. Santos to sign on their behalf.

Respectfully submitted,

Dated: August 13, 2008        /S/ Dina L. Santos
                              Dina L. Santos
                              Attorney for Defendant
                              MAKSIM KARASENI

Dated: August 13, 2008        /S/ Hayes Gable
                              HAYES GABLE
                              Attorney for Defendant
                              DAVID NGUYEN

Dated: August 13, 2008        /s/ Christopher Haydn-Myer
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Defendant
                              PHI VAY BUI

DATED: August 13, 200         McGREGOR W. SCOTT
                              United States Attorney

                              /S/ Phillip A. Talbert
                              PHILLIP A. TALBERT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for August 15, 2008, be vacated and a new status conference be scheduled on September 5, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to September 5, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: _____Aug 14_____, 2008

_____
HON. EDWARD J. GARCIA
United States District Court Judge

3