# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

FILED
NOV 13 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

Phi Bui          Docket No. 2:07-CR-0122-EJG

**COMES NOW** <u>Rebecca A. Fidelman</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Phi Bui</u>, who was placed on bond by Your Honor, sitting in the Court at <u>Sacramento, California</u>, on the <u>5th</u> day of April, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 21:846 and 841(a)(1) - Conspiracy to Distribute and to Possess with Intent to Distribute MDMA and 21:841(a)(1) - Possession of MDMA with Intent to Distribute

**BOND CONDITIONS:** On April 5, 2007, Mr. Bui was released on a $250,000 Collateral Bond, with Pretrial Services supervision and special conditions of release. <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has violated his conditions of release in that he has received two separate citations for Driving on a Suspended license. The first citation was issued on September 10, 2008, and the second citation was issued on October 26, 2008. Mr. Bui did not notify Pretrial Services of these citations.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this Court's calendar on Friday, November 14, 2008 at 2:00 p.m., and order the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Rebecca A. Fidelman
Rebecca A. Fidelman
Pretrial Services Officer
DATE: November 13, 2008

## ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on **Friday, November 14, 2008** at **2:00 pm** and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this 13th day of November, 2008, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall not associate or have any contact with the co-defendants in this case unless in the presence of defense counsel.