HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
DAVID NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **PHI VAY BUI and DAVID NGUYEN,** <br> Defendant(s). | Cr. S-07-122 EJG <br><br> **STIPULATION AND ORDER RE: VACATING TRIAL CONFIRMATION HEARING AND TRIAL AND CONTINUING FOR STATUS CONFERENCE/ POSSIBLE CHANGE OF PLEA AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Edward J. Garcia |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Leras, and defendants Phi Vay Bui and David Nguyen by and through their respecitve attorneys of record, Christopher Haydn-Myer and Hayes H. Gable III, agree and stipulate to vacate the existing trial confirmation hearing date in the above-captioned action, December 19, 2008, and the existing trial date of January 5, 2009 and to continue the matter to January 28, 2009, at 10:00 a.m., for status conference/possible change of plea.

The parties believe that a brief continuance to allow for further negotiations will result in the matter resolving short of trial.  The parties further agree and stipulate that the period for the filing of this stipulation until January 28, 2009, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time

1  necessary for effective presentation.

2      It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
3  public's interest in commencing trial within 70 days.

4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5  DATE: December 10, 2008

6                                        s/Hayes H. Gable, III for
                                **CHRISTOPHER HAYDN-MYER**
                                Attorney for Defendant
7                                  **PHI VAY BUI**

8                                        s/Hayes H. Gable, III
                                **HAYES H. GABLE, III**
9                                  Attorney for Defendant
                                **DAVID NGUYEN**
10

11                                     s/Hayes H. Gable, III for
                                **TODD LERAS**
                                Asst. U.S. Attorney
12

13 **ORDER**

14     For the reasons set forth in the accompanying stipulation and declaration of
15 counsel, the trial confirmation hearing date in the above-captioned action, December 19, 2008, and
16 the existing trial date of January 5, 2009, are hereby vacated and this matter is continued to January
17 28, 2009, at 10:00 a.m., for status conference/possible change of plea.

18     The court finds excludable time in this matter from December 19, 2008, through January
19 28, 2009, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel
20 and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the
21 parties, the Court finds that the interest of justice served by granting the requested continuance
22 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A),
23 (h)(8)(B)(iv).

24 IT IS SO ORDERED.

25 DATE:  December 11, 2008

26                                     /s/ Edward J. Garcia
                                **HON. EDWARD J. GARCIA**
27                                 Senior U.S. District Court Judge

28