```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084


Attorney for Defendant
Phi Vay Bui
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-07-0122-EJG |
| Plaintiff, | STIPULATION; ORDER |
| v. | |
| PHI VAY BUI, | |
| Defendant. | |

Defendant, Phi Vay Bui, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Todd Leras, and Rebecca Fidelman, United States Pre-Trial Service Officer hereby agree as follows:

The property bond pertaining to the residence located at 14 Quiet Path Court, Pittsburg, California 94565 shall be exonerated. Further, the deed of trust for this property, that is currently recorded at the Contra Costa County Recorder's Office, is to be returned to Karen Bui.

Mr. Bui's sister, Karen Bui, posted a $35,000.00 cashier's check to the United States Clerk's Office, and a non-secured collateral

1  promissory note for $165,000.00 was also delivered to the clerk's
2  office.
3
4  Dated: <u>January 17, 2009</u>
5                                          Respectfully submitted,
6                                          /s/ Christopher Haydn-Myer
                                            _____
7                                           CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
8                                           Phi Vay Bui
9
   DATED: <u>January 20, 2009</u>          <u>/S/ Christopher Haydn-Myer for</u>
10                                          Todd Leras
                                            Assistant U.S. Attorney
11
12 DATED: <u>January 20, 2009</u>          <u>/S/ Christopher Haydn-Myer for</u>
                                            Rebecca Fidelman
13                                          Pre-Trial Services
14
15
                                  **ORDER**
16
        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the property bond
17
   pertaining to the residence located at 14 Quiet Path Court, Pittsburg,
18
   California 94565 shall be exonerated.  Further, the deed of trust, that
19
   is currently recorded at the Contra Costa County Recorder's Office, is to
20
   be returned to Karen Bui.
21
22
    DATED: <u>January 22, 2009</u>
23
                                            /s/ Gregory G. Hollows
24                                          _____
                                              HON. Gregory G. Hollows
25                                          United States Magistrate Judge
26 bui.ord
27
28                                         2