LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PHI VAY BUI, and<br>DAVID NGUYEN,<br><br>        Defendants. | CR. S-07-122 EJG<br><br>STIPULATION AND<br>ORDER EXCLUDING TIME FOR<br>TRIAL PREPARATION |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras, Attorney Hayes Gable III, Counsel for Defendant David Nguyen, and Attorney Christopher Haydn-Myer, Counsel for Defendant Phi Vay Bui, that defense counsel need time to prepare for the jury trial set for February 23, 2009.  An exclusion of time under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) was discussed before the matter was called for status conference on January 28, 2009.

/ / /

1

1  All parties agreed an exclusion of time was appropriate.
2  The parties neglected to place that discussion on the record.
3  This stipulation is meant to correct that omission and notify the
4  Court that counsel need time to prepare for jury trial in this
5  matter set for February 23, 2009.
6  Hayes Gable III and Christopher Haydn-Myer agree to this
7  request and have authorized Assistant United States Attorney Todd
8  Leras to sign this stipulation on their behalf.

DATED: January 29, 2009         By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: January 29, 2009         By: /s/ Todd D. Leras for
                                    HAYES GABLE III
                                    Attorney for Defendant
                                    DAVID NGUYEN


DATED: January 29, 2009         By: /s/ Todd D. Leras for
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    PHI VAY BUI

**IT IS HEREBY ORDERED:**

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including February 23, 2009.

IT IS SO ORDERED.

Date: January 29, 2009         /s/ Edward J. Garcia
                               HONORABLE EDWARD J. GARCIA
                               UNITED STATES DISTRICT COURT JUDGE