1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084

4

5  Attorney for Defendant
   Phi Vay Bui
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )  CR. NO. S-07-0122-EJG
                                )
13             Plaintiff,       )  STIPULATION; ORDER
                                )  EXONERATING BOND
14     v.                       )
                                )
15 PHI VAY BUI,                 )
                                )
16             Defendant.       )
                                )
17 _____ )

18
        Defendant, Phi Vay Bui, through Christopher Haydn-Myer, Attorney
19
   At Law, and the United States of America, through Assistant U.S.
20
   Attorney Todd Leras agree as follows:
21
        Mr. Bui's sister, Karen Bui, posted a $35,000.00 cashier's check
22
   to the United States Clerk's Office, and a non-secured collateral
23
   promissory note for $165,000.00 was also delivered to the clerk's
24
   office. Mr. Bui has since pled guilty and been remanded.
25
        The parties agree that the bond for Mr. Bui is to be exonerated.
26
   Further, the $35,000.00 cashier's check and the promissory note for
27
   $165,000.00 are to be returned to Karen Bui.
28

Dated: May 7th, 2009

                                         Respectfully submitted,

                                         /s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Phi Vay Bui

DATED: May 7th, 2009                  /S/ Christopher Haydn-Myer for
                                            Todd Leras
                                            Assistant U.S. Attorney

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the bond for Mr. Bui is to be exonerated. Further, the $35,000.00 cashier's check and the promissory note for $165,000.00 are to be returned to Karen Bui.

DATED: May 7, 2009

                                         /s/ Edward J. Garcia
                                         EDWARD J. GARCIA
                                         United States District Judge