HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PHI VAY BUI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>PHI VAY BUI,<br><br>            Defendant. | No.  Cr. S 07-122 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, PHI VAY BUI by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

   1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   2.      On July 31, 2009, this Court sentenced Mr. Bui to a term of 87 months imprisonment on Counts One and Six, to be served concurrently with each other, for a total term of 87 months imprisonment;

   3.      His total offense level was 29, his criminal history category was I, and the resulting guideline range was 87 to 108 months;

Stipulation and Order Re: Sentence Reduction               1

4. The sentencing range applicable to Mr. Bui was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Bui's total offense level has been reduced from 29 to 27, and his amended guideline range is 70 to 87 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Bui's term of imprisonment to a term of 70 months.

Respectfully submitted,

Dated:  December 22, 2014                    Dated:   December 22, 2014
BENJAMIN B. WAGNER                      HEATHER E. WILLIAMS
United States Attorney                            Federal Defender


 /s/ *Jason Hitt*                                         /s/ *David M. Porter*
JASON HITT                                          DAVID M. PORTER
Assistant U.S. Attorney                          Assistant Federal Defender

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA          PHI VAY BUI

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Bui is entitled to the benefit Amendment 782, which reduces the total offense level from 29 to 27, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2009 is reduced to a term of 70 months on Counts One and Six, to be served concurrently with each other, for a total term of 70 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Bui shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 7, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE